1  THOMAS P. O'BRIEN
   United States Attorney                              JS-3
2  ROBB C. ADKINS
   Chief, Santa Ana Branch Office
3  Assistant United States Attorney
   JOSEPH T. McNALLY
4  California State Bar No. 250289
   Assistant United States Attorney
5       United States Courthouse
        411 W. Fourth Street, 8th Floor
6       Santa Ana, California 92701
        Telephone:  (714) 338-3500
7       Facsimile:  (714) 338-3708
        E-Mail:jmcnally@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10

                    UNITED STATES DISTRICT COURT
11
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,        )   Case No. SA CR 08-205
                                     )
14          Plaintiff,                )   [~~PROPOSED~~] ORDER DISMISSING
                                     )   INFORMATION
15          v.                        )
                                     )
16  ROSARIO RIVERA-PEREZ,            )
     aka "Rosario Perez-Rivera,"     )
17                                   )
            Defendant.                )
18  _____ )

19       IT IS HEREBY ORDERED, pursuant to Rule 48(a) of the Federal

20  Rules of Criminal Procedure and the request of the United States

21  Attorney for the Central District of California, the information

22  filed against ROSARIO RIVERA-PEREZ filed on August 1, 2008, in the

23  above-captioned case is dismissed without prejudice.

24  //

25  //

26  //

27

28

1  IT IS FURTHER ORDERED, that defendant ROSARIO RIVERA-PEREZ be
2  released forthwith, if in custody based solely on this charge, or if
3  not, that bond, if any, be exonerated on this charge.
4  IT IS FURTHER ORDERED, that the Post-Indictment hearing date
5  scheduled for Monday, August 18, 2008 at 10:00 a.m. is vacated.
6
7
8  DATED: August 15, 2008
9
10 _____
11 HONORABLE CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE

2

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  ROBB C. ADKINS
    Chief, Santa Ana Branch Office
 3  Assistant United States Attorney
    JOSEPH T. McNALLY
 4  California State Bar No. 250289
    Assistant United States Attorney
 5       United States Courthouse
         411 W. Fourth Street, 8th Floor
 6       Santa Ana, California 92701
         Telephone:  (714) 338-3500
 7       Facsimile:  (714) 338-3708
         E-Mail:jmcnally@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. SA CR 08-205 |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER DISMISSING INFORMATION |
| v. | ) | |
| ROSARIO RIVERA-PEREZ, aka "Rosario Perez-Rivera," | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the request of the United States Attorney for the Central District of California, the information filed against ROSARIO RIVERA-PEREZ filed on August 1, 2008, in the above-captioned case is dismissed without prejudice.

//

//

//

IT IS FURTHER ORDERED, that defendant ROSARIO RIVERA-PEREZ be released forthwith, if in custody based solely on this charge, or if not, that bond, if any, be exonerated on this charge.

IT IS FURTHER ORDERED, that the Post-Indictment hearing date scheduled for Monday, August 18, 2008 at 10:00 a.m. is vacated.

DATED: August 15, 2008

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE